UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMULE NYAMBI,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a foreign corporation, and Jane and John Does 1-10,<br><br>Defendants. | NO. 2:21-cv-00369-JHC<br><br>**NOTICE OF APPEAL** |

Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.  The Plaintiff, Harouna Fall, hereby appeals to the United States Court of Appeals for the Ninth Circuit the final order entered in the United States Court District Court Western District of Washington at Seattle entered on May 6, 2022, Docket Number 32.  The District Court granted the Defendants' motion for summary judgment finding that there is no genuine issue as to any material fact and that the Defendants were

1

**NOTICE OF APPEAL**

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031

entitled to judgment as a matter of law.

The parties to the judgment order appealed from and the names and address of their respective counsel are as follows:

DELTA AIR LINES, INC.,
Laurence A Shapero
Elizabeth A Falcone
Kyle Nelson
1201 Third Avenue, Suite 5150
Seattle, WA 98101

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

/s/Harold H. Franklin, Jr.
Harold H. Franklin, Jr.
WSBA No. 20486
Attorney for the Plaintiff

2

NOTICE OF APPEAL

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Laurence A Shapero     laurence.shapero@ogletree.com,
Elizabeth A Falcone     elizabeth.falcone@ogletreedeakins.com,
Kyle Nelson     kyle.nelson@ogletree.com,
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206-876-5301

DATED this 4th day of June, 2022, at Renton, Washington.

/s/ Harold H. Franklin, Jr.
Harold H. Franklin, Jr.
WSBA No, 20486
Attorney for the Plaintiff