FILED

JAN 5 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMULE NYAMBI,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>DELTA AIRLINES, INC., a foreign corporation,<br><br>    Defendant-Appellee. | No.  22-35442<br><br>D.C. No. 2:21-cv-00369-JHC<br>Western District of Washington, Seattle<br><br>ORDER |

Pursuant to the parties' stipulated motion (Docket Entry No. 12), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator